UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61249 -CIV-DIMITROULEAS

JHON SARMIENTO, Individually and
on behalf of all others similary situated,

      Plaintiff,

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

      Defendant.

_____/

**CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED
BY MORGAN & MORGAN, P.A.®**

- I, **ERICK TORRES**, consent to join the above-styled lawsuit seeking damages for unpaid wages under the FLSA;

- I authorize the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

- I agree to be represented by Morgan & Morgan, P.A.®, counsel for the named Plaintiff;

- In the event that this action gets conditionally certified and then decertified, or is not certified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant(s).

Date: 08 16 2021

Signature: *Erick torres (Aug 16, 2021 16:30 EDT)*