UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

ERICK TORRES, Individually and on
behalf of all others similary situated,

    Plaintiff,                      CASE NO. 1:21-cv-04609-PKC-CLP

vs.

SCHEAR CONSTRUCTION, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, ERICK TORRES, gives notice of filing the attached Consent to Join executed by Gonzalo Gimenez, attached hereto as Exhibit A.

DATED: August 23, 2021.                Respectfully submitted,

                                                    *s/ ANDREW R. FRISCH*
                                                    ANDREW R. FRISCH
                                                    MORGAN & MORGAN, P.A.
                                                    8151 Peters Road., 4th Floor
                                                    Plantation, Florida 33324
                                                    Telephone: (954) WORKERS
                                                    Facsimile: (954) 327-3013
                                                    E-mail: AFrisch@forthepeople.com

                                                    *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                                  /s/ *ANDREW R. FRISCH*
                                                  Andrew R. Frisch