UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK TORRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHEAR CONSTRUCTION, LLC,<br><br>Defendant. | CASE NO. 1:21-cv-04609-PKC-CLP<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS LETTER**

Pursuant to the Court's Order of November 30, 2021, the parties hereby file their Joint Status Letter, and state:

1. On August 16, 2021, Plaintiff brought this collective and class action alleging that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*;

2. On November 23, 2021, Defendant filed its Answer and Affirmative Defenses to Plaintiff's Class/Collective Action Complaint. [DE 17].;

3. On December 2, 2021, the Parties conducted the Court required Rule 26(f) conference.

Currently the Court has scheduled the Initial Conference for December 17, 2021.

Respectfully submitted this 2nd day of December, 2021.

| | |
|---|---|
| */s/Andrew R. Frisch* | /s/ *Adam Losey* |
| Andrew R. Frisch, Esq. | Adam Losey, Esq |
| New York Bar No. 3957115 | New York Bar No. 4848867 |
| MORGAN & MORGAN, P.A. | Losey PLLC |
| 8151 Peters Road, 4th Floor | 44 Court Street, Suite 1217 |
| Plantation, Florida 33324 | Brooklyn, New York 11201 |
| Telephone: (954) WORKERS | Telephone: (407) 906-1605 |
| Fax: (954) 318-3013 | Email: alosey@losey.law |
| Email: Afrisch@forthepeople.com | docketing@losey.law |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ *ANDREW R. FRISCH*
Andrew R. Frisch