# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**Erick Torres, Individually and on behalf of all others similarly situated,**

**Plaintiffs**

v.

**MIDAS CONTRACTORS CORP., L&M DRYWALL INC, XIMENA ANDREA ANDRADE, Individually, and MARIO BENITEZ BOGADO, Individually,**

**Defendant,**

SUMMONS IN A CIVIL ACTION
CIVIL ACTION NO. 1:21-CV-04609 (PKC)(CLP)

I, **Thomas Vroman** being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Action to Midas Contractors Corp. Registered Agent - Ownership** located at **1000 Central Avenue Aberdeen, New Jersey 07728** on **March 3, 2022 At 11:00am.**

resulting in;

__X__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the __3__ day of __MARCH__, 2022 at __11:00 A__.M.

Name: __Ximena Andrade__    Title: __Owner__

A description of the person with whom the documents were left is as follows:

Sex: __F__    Hair Color/Style: __Brown__
Race: __White__    Height (approx.): __5'8__
Age (approx.) __35__    Weight (approx.): __160__

Notable Features/Notes: _____

Signed and Sworn to before me

This __4th__ day of __March__, 2022.

__[signature]__
Notary Public

DONNA JO ELIAS
Commission # 50039495
Notary Public, State of New Jersey
My Commission Expires
June 03, 2026

Served By: __[signature]__

Title: __Process Server__